CHARLES C. WEHRUM, Respondent, *v.* GEORGE KUHN,
Appellant.

Compromises of disputed claims, fairly entered into, are final, and will be sustained by the courts without regard to the validity of the claims.

(Argued May 20, 1874; decided September term, 1874.)

THIS was an action for work and labor and for money loaned. The complaint contained four counts: 1st, for the work and labor upon a *quantum meruit,* claiming a balance unpaid; 2d, for one year's labor under an agreement that plaintiff was to have a share of the profits; 3d, for the money loaned; and, 4th, a compromise and settlement between the parties, and an agreement on the part of the defendant thereon to pay $2,000. The answer set up that the work charged in the first count was done under a special contract, and that plaintiff had been overpaid thereon. The other counts were denied. The referee found substantially all the issues in favor of plaintiff, and gave judgment for the $2,000, and interest. It was claimed upon the part of defendant that there was no evidence to sustain the referee's findings upon the first two counts. *Held,* that it was unnecessary to inquire whether any error was committed in this respect, as the finding as to the compromise was based upon sufficient evidence, and the referee only allowed the amount thereof. There being disputed claims, whether valid or not, they

furnished a sufficient consideration for defendant's promise to pay. (*Stewart* v. *Ahrenfeldt*, 4 Denio, 189.)

The court stated the rule as above.

*Edward P. Cowles* for the appellant.

*Warren G. Brown* for the respondent.

GRAY and EARL, CC., read for affirmance.
All concur.
Judgment affirmed.